IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROOSEVELT LANDRUM, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 16-cv-00399-KD-M |
| | ) |
| GEORGIA-PACIFIC CONSUMER | ) MEMBER CASE NO. 16-cv-00479-KD-M |
| PRODS. LP and SHERRY KNIGHT | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 25, 2016, is **ADOPTED** as the opinion of this Court. Plaintiff's Motion to Remand (Doc. 4) is **GRANTED** in part and **DENIED** in part as follows:

1. the Motion is **GRANTED** as to Count I (Alabama Workers' Compensation Act Claim) of the Lead Case Amended Complaint and of the Member Case Complaint and those counts are **SEVERED** and **REMANDED** to the Circuit Court of Choctaw County, Alabama; and

2. the Motion is **DENIED** as to all other counts.

**DONE** and **ORDERED** this **12**th day of **December 2016.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**